# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Morris N. Holloway Jr.<br>     Debtor<br><br>MIDFIRST BANK<br>     Movant<br>  vs.<br><br>Morris N. Holloway Jr.<br>     Respondent | CHAPTER 13<br><br><br><br>NO. 18-10854 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection of MIDFIRST BANK to Confirmation of Chapter 13 Plan, which was filed with the Court on or about March 30, 2018 (Document No. 14).

            Respectfully submitted,

            **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            Attorney for Movant
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322

November 9, 2018