IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Morris N. Holloway, Jr. )<br>Debtor ) <br> ) <br> ) | Chapter 13 <br><br> No. 18-10854-JKF |

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                                   /s/David M. Offen
                                                 David M. Offen
                                                 Attorney for Debtor

Date: 12/12/18