| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10854-AMC

MORRIS N  HOLLOWAY JR
7044 PASCHALL AVENUE
PHILADELPHIA  PA    19142

Petition Filed Date: 02/07/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 11/07/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $615.00 | | 03/04/2019 | $2,460.00 | | 06/03/2019 | $615.00 | |
| 07/18/2019 | $1,230.00 | | 07/22/2019 | ($1,230.00) | Reverse Trans: | 08/05/2019 | $615.00 | |
| 08/19/2019 | $1,230.00 | | 10/28/2019 | $1,230.00 | 6283870000 | 12/02/2019 | $615.00 | 6373829000 |
| 02/10/2020 | $1,230.00 | 6544221000 | 02/11/2020 | ($1,230.00) | 6544221000 | 03/02/2020 | $1,230.00 | 6608011000 |
| 04/06/2020 | $1,230.00 | 6695192000 | 04/10/2020 | ($1,230.00) | 6695192000 | 04/27/2020 | $1,230.00 | 6742239000 |
| 04/30/2020 | $1,230.00 | 6748777000 | 04/30/2020 | ($1,230.00) | 6742239000 | 05/04/2020 | ($1,230.00) | 6748777000 |
| 05/22/2020 | $1,230.00 | 500000601570 | 08/10/2020 | $1,230.00 | 611527 | | | |

**Total Receipts for the Period: $11,070.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $13,435.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $807.67 | $0.00 | $807.67 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  05A | Mortgage Arrears | $11,711.69 | $3,972.11 | $7,739.58 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»»  05B | Mortgage Arrears | $1,418.98 | $481.25 | $937.73 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $2,950.03 | $2,950.03 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $164.21 | $0.00 | $164.21 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»»  012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»»  006 | Unsecured Creditors | $4,724.10 | $0.00 | $4,724.10 |
| 7 | POLICE & FIRE FCU<br>»»  007 | Unsecured Creditors | $529.83 | $0.00 | $529.83 |
| 8 | POLICE & FIRE FCU<br>»»  008 | Unsecured Creditors | $89.00 | $0.00 | $89.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $491.44 | $0.00 | $491.44 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,342.40 | $0.00 | $1,342.40 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Secured Creditors | $2,200.00 | $746.15 | $1,453.85 |

| 11 | US DEPARTMENT OF EDUCATION<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | DAVID M OFFEN ESQUIRE<br>»» 013 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,435.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $11,149.54 | Arrearages: | $2,460.00 |
| Paid to Trustee: | $1,178.46 | Total Plan Base: | $33,730.00 |
| Funds on Hand: | $1,107.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.