**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Morris N. Holloway Jr.
                      Debtor(s)

MIDFIRST BANK
            v.
Morris N. Holloway Jr.
           and
Scott Waterman Esq.
           Trustee

Chapter 13

NO. 18-10854 AMC

## ORDER

    AND NOW, this _____ day of _____, 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 3, 2018  it is ORDERED AND DECREED that:

    The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MIDFIRST BANK and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7044 Paschall Avenue  Philadelphia, PA 19142.

    The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: April 20, 2021**

_____
United States Bankruptcy Judge.

cc: See attached service list

Morris N. Holloway Jr.
7044 Paschall Avenue
Philadelphia, PA 19142

Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

David M. Offen Esq.
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532