| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 18-10854-AMC

MORRIS N HOLLOWAY JR
7044 PASCHALL AVENUE
PHILADELPHIA PA    19142

Petition Filed Date: 02/07/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 11/07/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2020 | $1,230.00 | 6544221000 | 02/11/2020 | ($1,230.00) | 6544221000 | 03/02/2020 | $1,230.00 | 6608011000 |
| 04/06/2020 | $1,230.00 | 6695192000 | 04/10/2020 | ($1,230.00) | 6695192000 | 04/27/2020 | $1,230.00 | 6742239000 |
| 04/30/2020 | $1,230.00 | 6748777000 | 04/30/2020 | ($1,230.00) | 6742239000 | 05/04/2020 | ($1,230.00) | 6748777000 |
| 05/22/2020 | $1,230.00 | 500000601570 | 08/10/2020 | $1,230.00 | 611527 | 09/22/2020 | $1,230.00 | 618500 |
| 11/06/2020 | $1,230.00 | 624016 | 01/22/2021 | $1,300.00 | 500000632477 | 03/30/2021 | $1,500.00 | 640060 |
| 05/26/2021 | $1,500.00 | 648838 | | | | | | |

**Total Receipts for the Period: $10,450.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,195.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $807.67 | $0.00 | $807.67 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05A | Mortgage Arrears | $11,711.69 | $8,526.64 | $3,185.05 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05B | Mortgage Arrears | $1,418.98 | $1,033.07 | $385.91 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2,950.03 | $2,950.03 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $164.21 | $0.00 | $164.21 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $4,724.10 | $0.00 | $4,724.10 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $529.83 | $0.00 | $529.83 |
| 8 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $89.00 | $0.00 | $89.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $491.44 | $0.00 | $491.44 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,342.40 | $0.00 | $1,342.40 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Secured Creditors | $2,200.00 | $1,601.70 | $598.30 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 13 | DAVID M OFFEN ESQUIRE<br>»» 013 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,195.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $17,111.44 | Arrearages: | $1,850.00 |
| Paid to Trustee: | $1,733.56 | Total Plan Base: | $33,730.00 |
| Funds on Hand: | $1,350.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.