Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-10854-AMC**

MORRIS N  HOLLOWAY JR  
7044 PASCHALL AVENUE  
PHILADELPHIA  PA     19142  

Petition Filed Date: 02/07/2018  
341 Hearing Date: 04/06/2018  
Confirmation Date: 11/07/2018  

Case Status: Dismissed After Confirmation on 2/16/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/26/2021 | $1,500.00 | 648838 | 07/08/2021 | $1,230.00 | 500000655385 | 08/24/2021 | $1,300.00 | 661331 |
| 10/06/2021 | $500.00 | 667296 | 12/21/2021 | $500.00 | 500000677473 | | | |

**Total Receipts for the Period: $5,030.00    Amount Refunded to Debtor Since Filing: $11.75   Total Receipts Since Filing: $23,725.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $807.67 | $37.44 | $770.23 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05A | Mortgage Arrears | $11,711.69 | $11,711.69 | $0.00 |
| 5 | MIDFIRST BANK NKA MIDLAND MRTG<br>»» 05B | Mortgage Arrears | $1,418.98 | $1,418.98 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $2,950.03 | $2,950.03 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $164.21 | $0.00 | $164.21 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $4,724.10 | $219.00 | $4,505.10 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $529.83 | $24.56 | $505.27 |
| 8 | POLICE & FIRE FCU<br>»» 008 | Unsecured Creditors | $89.00 | $0.00 | $89.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $491.44 | $22.78 | $468.66 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,342.40 | $62.23 | $1,280.17 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Secured Creditors | $2,200.00 | $2,200.00 | $0.00 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | DAVID M OFFEN ESQUIRE<br>»» 013 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 0 | MORRIS N  HOLLOWAY JR | Debtor Refunds | $11.75 | $11.75 | $0.00 |

Chapter 13 Case No. 18-10854-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,725.00 | Current Monthly Payment: | $615.00 |
| Paid to Claims: | $21,658.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,066.54 | Total Plan Base: | $33,730.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.